THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOHN C. CUSKER, CSBN 148227
Special Assistant United States Attorney
       333 Market St., Ste. 1500
       San Francisco, Ca. 94105
       Tel. (415) 977-8975
       FAX: (415) 744-0134
       Email: john.cusker@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LUIS CONTRERAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CV 08-6479 (JWJ)<br><br>JUDGMENT |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

Dated: April 28, 2009

_____/s/_____
JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE